**FILED**

DEC 1 6 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 13CR0833-GT |
| Plaintiff, ) | |
| v. ) | **ORDER CONTINUING REVOCATION HEARING TO JANUARY 17, 2014** |
| ROBERTO PEREZ-ESTRADA, ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the revocation hearing in Criminal Case No. 13CR0833-GT is continued from December 16, 2013, at 9:30 a.m., to January 17, 2014, at 9:30 a.m.

**SO ORDERED.**

DATED: 12/16/13

HONORABLE GORDON THOMPSON, JR.
Judge of the U.S. District Court