**FILED**

JAN 1 6 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 13CR0833-GT |
| Plaintiff, | |
| v. | **ORDER CONTINUING REVOCATION HEARING TO APRIL 15, 2014** |
| ROBERTO PEREZ-ESTRADA, | |
| Defendant. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the revocation hearing in Criminal Case No. 13CR0833-GT is continued from January 17, 2014, at 9:30 a.m. to April 15, 2014 at 9:30 a.m.

**SO ORDERED.**

DATED: 1-16-14

HONORABLE GORDON THOMPSON, JR.
Judge of the U.S. District Court